UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| BILLY LEE GILLIAM, | ) | |
| *Plaintiff*, | ) ) ) | Case No. 1:23-cv-29 |
| v. | ) ) ) | Judge Atchley<br>Magistrate Judge Lee |
| CENTURION MEDICAL, BCCX COMPLEX, TENNESSEE DEPARTMENT OF CORRECTION, and KATIE CAMPBELL, | ) ) ) ) ) | |
| *Defendants*. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this prisoner's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this Order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

*/s Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY JR.**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT:

*/s/ LeAnna R. Wilson*
CLERK OF COURT